## Porter v. Beacon Construction Co., Appellant.

*Limited partnership association—Contracts—Ratification.*

Where a limited partnership association organized under the act of June 2, 1874, ratifies a contract entered into by one manager only, they will be bound by the contract.

The decision in this case involves the conclusions of law stated in the second and third paragraphs of the syllabus of Hetfield v. Addicks, supra.

Argued Jan. 25, 1893. Appeal, No. 87, Jan. T., 1893, by defendant, from judgment of C. P. No. 4, Phila. Co., June T., 1891, No. 52, overruling demurrer to statement of J. L. Porter, plaintiff. Before PAXSON, C. J., STERRETT, GREEN, WILLIAMS, McCOLLUM, MITCHELL and DEAN, JJ.

Assumpsit for interest on contract of stock subscription.
The facts are similar to those of preceding case.
*Errors assigned* were same as in preceding case.

*C. Berkeley Taylor*, *Wm. H. Addicks* with him, for appellant.

*G. Heide Norris*, for appellee.

OPINION BY MR. JUSTICE WILLIAMS, March 27, 1893:

The facts in this case are in all material respects identical with those in Hetfield v. Addicks, in which an opinion has just been filed. This action however was against the principal and not against its representative, and the reason on which the demurrer was sustained in that case does not exist in this. The contract however negotiated was the contract of the company. The company has adopted and ratified it, if that was necessary, by receiving the amount of the plaintiff's subscription, and delivering to him the securities which he purchased from it. There is no room for a defence therefore upon the ground that the sale was the act of one manager only. The learned judge was clearly right in overruling the demurrer, and the judgment in favor of the plaintiff whether it be regarded as a judgment on the demurrer or a judgment for want of a plea is affirmed.